A.R.R.

v.

B.N.R.R.

2140154

Court of Civil Appeals of Alabama.

02/06/2015

Dismissed

Danny J. GRAVETTE

v.

C.L. DUKE et al.

2140157

Court of Civil Appeals of Alabama.

02/09/2015

Dismissed

Shareef MERRITT

v.

Lt. GARDNER et al.

2140162

Court of Civil Appeals of Alabama.

01/13/2015

Dismissed

Lakeshi ROBINSON

v.

Donald H. ALLEN et al.

2140167

Court of Civil Appeals of Alabama.

03/10/2015

Dismissed

A.M.B.

v.

J.R.T. and J.T.

2140169

Court of Civil Appeals of Alabama.

02/04/2015

Transferred to Etowah Cir. Ct. for trial de novo pursuant to Rule 28(D), Ala. R.Juv.P.